# ATTACHMENT 1

*Federal Court Evidence 4/30/2026*

FILED/REC'D

'26 APR 30 P 3: 45

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM
### (for non-prisoner filers without lawyers)

*58 pages*

## IN THE UNITED STATES DISTRICT COURT

FOR THE **WESTERN** DISTRICT OF **WISCONSIN**

---

(Full name of plaintiff(s)) *(Prose Handicap)*

José Enrique Salinas (FATHER)

D‑‑‑‑‑ V.L. S‑‑‑‑‑ (SON)

SALINAS FAMILY, OTHER DOMESTIC AND FOREIGN VICTIMS

vs

(Full name of defendant(s)) **SEE ATTACHMENTS**

UNITED STATES GOVERNMENT WHITE HOUSE WASINGTON, D.C.; GOVERNMENT SECTORS AND PRIVATE SECTORS WORKING WITH THE STATE OF WISCONSIN AND THE UNITED STATES GOVERNMENT, AND GOVERNMENT AND PRIVATE GOVERNMENT RELIGIONS Guilty of using Human Brain and Body Intergerated Frequency Transmission

OATH OF AFFIRMATION TO TESTIFY TRUTHFULLY BEING SWORN: José E Salinas 4/23/2026

Case Number:

26 CV 407 JDP

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of **WISCONSIN** and resides at
(State)

1845 Kropf Ave 53704
(Address)

(If more than one plaintiff is filing, use another piece of paper).

---

Attachment One (Complaint) – 1

*José E Salinas* Federal court evidence 4/30/2026
*4/23/2026*                    GOVERNMENT(S) OF

2.    Defendant WASHINGTON D.C.; AND WISCONSIN

"OTHER DEFENDANTS: Federal BUREAU OF INVESTIGATIONS,    (Name)
DIRECTOR OF THE UNITED STATES DEPARTMENT OF HUMAN BODY, BRAIN
FREQUENCY TRANSMISSION; DR. JOHN NGAI. AND OTHERS SEE ATTACHMENTS
is (if a person or private corporation) a citizen of _____ Wisconsin

(State, if known)

and (if a person) resides at _ALL OVER THE UNITED STATES OF AMERICA_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _WHO CREATED FREQUENCY TRAINSMISSION_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;    I HAVE BEEN VIOLATED
2.    What each defendant did;    BY EVERY GOVERNMENT
3.    When they did it;    ORGANIZATION AND
4.    Where it happened; and    COMMUNITY MEMEBER.
5.    Why they did it, if you know.

WHO VIOLATED MY FAMILYS AND MY RIGHTS: THE UNITED

STATES GOVERNMENT IN WASHINGTON D.C.; THE GOVERNMENT OF

THE STATE OF WISCONSIN, UW HOSPITALS THEIR (INSURANCE

PROVIDERS DOCTORS UNDER COVER GOVERNMENT SUBJECTS)
AND MY SON'S SCHOOL PUBLIC AND PRIVATE SCHOOLS
AND MADISON AREA TENICAL COLLEGE, FEDERAL BUREAU OF

INVESTIGATION, PRIVATE GOVERNMENT AND CIVILIAN

RELIGIONS. THIS IS A ON GOING INVESTIGATION. HUMANITY

IS BEING WRONGFULLY BEING IMPLANTED WITH HUMAN BRAIN,

AND BODY INTERGRATED TRANSMISSION AND THENE BEING
DRIVIN INTO RELIGIOUS SUBMISSION OR DRIVIN CRAZY, OR MURDERED.
THE JURY LOOKS TO CRUCIFY Attachment One (Complaint) – 2 ME FOR GIVING MY OPINION
IN A MATTER OF NATIONAL SECURITY AND DIFFENCE AND USING THE WORD
NIGGER AND BECAUSE I AM CHICANO AND BECAUSE I AM NOT CHRISTIAN.

INTERGERATED 

4 27/2026    Federal court evidence 4/30/2026 José E. Salinas

~~4/18/2026~~    18.31666667 Maybe frequency channel

WHAT EACH DEFENDANT DID: GOVERNMENT(S) ARE USING WHITE, BLACK AND BROWN CIVILIANS AND GOVERNMENT SUBJECTS. WHO ARE MISS USING THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION TO TERRORIZE, INTRAP, TRY AND CIVILIANS AND FOREIGNERS.

SET UP, AND FRAME GOVERNMENT(S) AND PRIVATE GOVERNMENTS IN TEXAS, WISCONSIN, WASHINGTON D.C., FEDERAL BUREAU OF INVESTIGATIONS AND INTERNAL AFFAIRS ARE RESPONSIBLE FOR ORGANIZED CRIME IF THERE IS NO JUSTFULL ACTION AGAINST THE ORGANIZED CRIME, AND CRIMINAL HUMAN BRAIN, UNITED STATE BODY FREQUENCY TRANSMISSION. MORE CONSTITUTIONS VIOLATIONS (AMENDMENT 1) (IV. SEARCHES AND SEIZURES) (V. INDICTMENTS; SECOND JEOPARDY; SELF-INCRIMINATION; DUE PROCESS OF LAW; PRIVATE PROPERTY FOR PUBLIC USE) (VI. CONDUCT OF CRIMINAL PROSECUTIONS) (VII. JURY IN CIVIL CASES) (VIII. CRUEL PUNISHMENT PROHIBITED) (IX. RULE OF CONSTITUTIONAL CONSTRUCTION) (CONSTITUTIONAL CONSTRUCTION; RIGHTS OF STATES) (XI. CONSTITUTIONAL CONSTRUCTION; JUDICIAL POWER LIMITED) (XIII. SLAVERY ABOLISHED). THE GOVERNMENT IS CORROSIONING THE GOVERNMENT TO EXTORT CHILDREN OF GOVERNMENT — CUPIDS UNITY BAND — SCHOOL ENTRAPMENT — MONEY USING THE CAPITAL LIBERTY BALL PROJECT. (WATER GATE $Y/N TAX ERROR — CREATIVE TERRORISUM PENNY — LL — [11] DOLLAR SNAKE. TAO TO EXTORT THE SYSTEM. LATIN† 18.31666667/0.60. CROSS BIBLE — 445 = SYNTAX ERROR   CHINESE TITUS SCOTT BATH TISSUE (TIS old POET) PHILOSOPHY AND RELIGION THE GOVERNING CREATIVE ART

Federal court Evidence 4/30/2026
José E. Salinas 4/24/2026

C.    JURISDICTION **I AM NOT SUING. I want criminals to go to prison OR STOP!!! TERRORISING ME AND MY FAMILY.**

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I WANT MY FAMILY TO LIVE FREE FROM HUMAN BRAIN, BODY FREQUENCY TRANSMISSION, I WANT MY FAMILY AND I To LIVE FREE FROM AMERICAN AND ALIED TERRORISUM. I WANT MY FAMILY TO LIVE FREE FROM BAD GOVERNMENT, RELIGIONS, AND PRIVATE SECTORS. I WANT GOOD PARENTS TO BE ABLE TO VOLUNTEER AT THEIR UNDER AGE CHILDREDS SCHOOL(S) AND IN THEIR CLASS ROOMS ALL EVERY DAY. I WANT GOOD WORKERS To GET THE HELP THEY NEED WHEN IT COME TO MEDICAL CONDITIONS AND EMPLOYMENT. I WANT FOR BROWN PEOPLE TO STAY TOGETHER. I AM NOT SUING I WANT CHANGE. I DONT WANT THE SYSTEM TRYING TO SET US UP. I DONT WANT THE SYSTEM TITTILING US. TITTILING US: PLAYING WITH OUR ORGANS USING HUMAN BRAIN, BODY AND ORGAN INTERGERATED FREQUENCY TRANSMISSION. I WANT TO BE ABLE TO RAISE, GUIDE, AND HELP EDUCATE MY FAMILY. IF THERE ISNT GOING TO BE ANY PROSECUTION.

Attachment One (Complaint) – 4

*Federal court Evidence 4/30/2026*

E.    JURY DEMAND

☒    Jury Demand - I want a jury to hear my case

OR

☐    Court Trial – I want a judge to hear my case

Dated this **30** day of **April** 20**26**.

Respectfully Submitted,

*José E talinao*

Signature of Plaintiff

*NO PHONE*

Plaintiff's Telephone Number

*madisonlibrarys608@gmail.com*

Plaintiff's Email Address

*1845 Kropf Ave 53704*

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5