IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSE ENRIQUE SALINAS
D.V.L.S, SALINAS FAMILY, and
OTHER DOMESTIC AND FOREIGN VICTIMS,

　　　　　　Plaintiffs,

　　v.

　　　　　　　　　　　　　　　　　　　　　　　ORDER

UNITED STATES GOVERNMENT WHITE HOUSE
WASHINGTON, D.C., GOVERNMENT SECTORS　　　　26-cv-407-jdp
AND PRIVATE SECTORS WORKING WITH THE
STATE OF WISCONSIN AND THE UNITED
STATES GOVERNMENT, and GOVERNMENT AND
PRIVATE GOVERNMENT RELIGIONS,

　　　　　　Defendants.

---

Jose Enrique Salinas, proceeding without counsel, alleged that various governmental and private entitles are conspiring to "implant[]" him and others "with human brain, and body integrated transmission and then being driven into religious submission or driven crazy, or murdered." Dkt. 1, at 1. I dismissed the case as frivolous. Dkt. 4.

Now Salinas has filed a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e), Dkt. 8, a notice of appeal, Dkt. 9, and two motions for leave to proceed on appeal without prepaying the entire filing fee, also known as "in forma pauperis" status, Dkt. 10 and Dkt. 13.

I will deny Salinas's motion to alter or amend the judgment because nothing in it persuades me that I was incorrect in concluding that this lawsuit concerns fantastical allegations that do not state a plausible claim for relief. As for Salinas's appeal, he qualifies for in forma pauperis status from a financial standpoint. But under 28 U.S.C. § 1915(a)(3), a party is ineligible for in forma pauperis status if the appeal is "not taken in good faith."

*See also* Fed. R. App. P. 24(a)(3). An appeal is taken in good faith if "a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000). This appeal is not in good faith: no reasonable person could suppose that I was incorrect in dismissing the case.

That means that Salinas cannot proceed with this appeal without prepaying the $605 filing fee unless the court of appeals gives him permission to do so. Under Federal Rule of Appellate Procedure 24, Salinas has 30 days from the date of this order to ask the court of appeals to review this order. Salinas must include with his motion a copy of his affidavit of indigency and a copy of this order.

## ORDER

IT IS ORDERED that:

1.  Plaintiff's motion to alter or amend the judgment, Dkt. 8, is DENIED.

2.  Plaintiff's motions for leave to proceed without prepayment of the entire appellate filing fee, Dkt. 10 and Dkt. 13, are DENIED.

Entered June 9, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2